DECISIONS

OF THE

# Court of Appeals of Kentucky

## JANUARY TERM, 1911.

### Cincinnati, New Orleans & Texas Pacific Ry. Co., et al. v. Lovell's Admr.

Appeal from Pulaski Circuit Court.

Modification of Opinion.

E. J. McCarty, the engineer of the train of which Cruise was the conductor, was a defendant in this action, and a joint judgment was rendered against him, Cruise and the railway company. The evidence does not show that McCarty was guilty of negligence, and therefore the motion on his behalf for a peremptory instruction should have been sustained. So much of the opinion as directs a judgment against McCarty is withdrawn; and the judgment as to him is reversed with directions for a new trial in conformity with the principles announced in the opinion.

Petition for rehearing overruled.

### Williamson v. American Reserve Bond Co.'s Receiver.

Appeal from Fayette Circuit Court.

OPINION OF THE COURT BY JUDGE HOBSON—Affirming.

When we had this matter before us we failed to observe that two appeals were prosecuted and that the judgment entered June 7, 1909 was appealed from; but the whole matter was considered; and we adhere to the conclusion then reached that the court did not abuse a sound discretion in allowing the plaintiff to dismiss his action without prejudice. (See original opinion, 140 Ky. 215.)

The judgment is affirmed.